| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Dominique Sheraud Busby<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3346<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Southern District of Texas | Date case filed for chapter:   7   3/18/25 |
| Case number: | 25–31474 | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Dominique Sheraud Busby | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 14946 Hildalgo Valley Ln<br>Houston, TX 77090 | |
| 4. | Debtor's attorney<br>Name and address | Alan Dexter Borden<br>Resolve Law Group<br>801 Travis St Ste 2101<br>Houston, TX 77002 | Contact phone 737–707–4217<br>Email: alan@resolvelawgroup.com |
| 5. | Bankruptcy trustee<br>Name and address | Allison D Byman<br>Byman & Associates PLLC<br>7924 Broadway<br>Suite 104<br>Pearland, TX 77581 | Contact phone 281–884–9269<br>Email: adb@bymanlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

Debtor **Dominique Sheraud Busby** Case number **25–31474**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (713) 250–5500<br><br>Date: 3/19/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 17, 2025 at 03:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Meeting ID 392 013 6221, and Passcode 5794046120, OR call 1 346 489 7064**<br><br>For additional meeting information go to *www.justice.gov/ust/moc*. |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/16/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-31474-mi |
| Dominique Sheraud Busby | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Mar 19, 2025 | Form ID: 309A | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominique Sheraud Busby, 14946 Hildalgo Valley Ln, Houston, TX 77090-2491 |
| 12903682 | + | Invitation Homes, Suite 110, 1121 W Warner road, Tempe, AZ 85284-2819 |
| 12903695 | + | Tarlicia Armstead, PO Box 115220, Carrollton, TX 75011-5220 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: alan@resolvelawgroup.com | Mar 19 2025 20:21:00 | Alan Dexter Borden, Resolve Law Group, 801 Travis St Ste 2101, Houston, TX 77002 |
| tr | + | Email/Text: adb@bymanlaw.com | Mar 19 2025 20:22:00 | Allison D Byman, Byman & Associates PLLC, 7924 Broadway, Suite 104, Pearland, TX 77581-7933 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Mar 19 2025 20:22:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 12903673 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 19 2025 20:21:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 12903674 | + | Email/Text: bcd@oag.texas.gov | Mar 19 2025 20:22:00 | Attorney General of Texas, Attn: Brent Webster, PO Box 12548, Austin, TX 78711-2548 |
| 12903675 | | Email/Text: rm-bknotices@bridgecrest.com | Mar 19 2025 20:23:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 12903677 | | Email/Text: bankruptcy@creditfresh.com | Mar 19 2025 20:21:00 | Credit Fresh, 200 Continental Drive 401, Newark, DE 19713 |
| 12903678 | | Email/Text: bankruptcy_filings@creditninja.com | Mar 19 2025 20:22:00 | CreditNinja, Attn: Custome Service Group, 27 N. Wacker Dr. Ste 404, Chicago, IL 60606 |
| 12903676 | | EDI: CAPITALONE.COM | Mar 20 2025 00:09:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 12903679 | | Email/Text: davecares@dave.com | Mar 19 2025 20:22:12 | Dave Payday Loan, 1265 S Cochran Ave, Los Angeles, CA 90019 |
| 12903680 | | Email/Text: operations@empower.me | Mar 19 2025 20:22:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St Ste 102, San Francisco, CA 94110-2102 |
| 12903681 | + | Email/Text: service@figloans.com | Mar 19 2025 20:23:00 | Fig Loans, 9450 SW Gemini Dr Ste 93137, Beaverton, OR 97008-7105 |
| 12903683 | | EDI: JPMORGANCHASE | Mar 20 2025 00:08:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 12903684 | | Email/Text: bankruptcy@kashable.com | Mar 19 2025 20:21:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017 |
| 12903697 | | Email/Text: Bankruptcy@Todaycash.com | Mar 19 2025 20:22:00 | Today Cash, PO Box 808, Keshena, WI 54135 |

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: 309A | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 12903685 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 20:43:14 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 12903686 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 20:42:51 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 12903687 | ^ | MEBN | Mar 19 2025 20:19:30 | MaxLend, P.O. Box 760, Parshall, ND 58770-0703 |
| 12903688 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 19 2025 20:22:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 12903689 | + | Email/Text: bankruptcy@moneylion.com | Mar 19 2025 20:23:00 | Money Lion, 30 West 21st St 9th Floor, New York, NY 10010-6957 |
| 12903690 | ^ | MEBN | Mar 19 2025 20:18:28 | One Blinc Loans, Attn: Bankruptcy, 225 East Dania Bch Blvd, Dania Beach, FL 33004-3046 |
| 12903691 | | Email/Text: bankruptcy@possiblefinance.com | Mar 19 2025 20:21:00 | Possible Finance, Attn: General Counsel, PO Box 98686, Las Vegas, NV 89193 |
| 12903693 | | Email/Text: bankruptcy@springoakscapital.com | Mar 19 2025 20:21:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 12903692 | + | Email/Text: courts@scott-pc.com | Mar 19 2025 20:23:00 | Scott & Associates, PO Box Box 115220, Carrollton, TX 75011-5220 |
| 12903694 | | EDI: SYNC | Mar 20 2025 00:08:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 12903696 | | EDI: LCITDAUTO | Mar 20 2025 00:09:00 | TD Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Dexter Borden | on behalf of Debtor Dominique Sheraud Busby alan@resolvelawgroup.com ResolveLawGroup@jubileebk.net |
| Allison D Byman | adb@bymanlaw.com |

| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
| Date Rcvd: Mar 19, 2025 | Form ID: 309A | Total Noticed: 29 |

| | | |
|---|---|---|
| US Trustee | adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com;kst@bymanlaw.com USTPRegion07.HU.ECF@USDOJ.GOV | |

TOTAL: 3